UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

---

BRENDA CAGLE,

     Plaintiff,

v.                                   No. 1:24-cv-310

5464 BRAINERD ROAD LLC,

     Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

COMES NOW, the Plaintiff, BRENDA CAGLE, by and through undersigned counsel, submits this voluntary dismissal of the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 24th day of March, 2025.

By: *s/ Rebecca Hutto*
Rebecca Hutto
Tennessee State Bar No.: 039252
Wampler, Carroll, Wilson, and
Sanderson, PLLC
208 Adams Avenue
Memphis, TN 38103
Telephone: (901)-523-1844
Email: rebecca@wcwslaw.com
Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of March, 2025, a true and exact copy of the foregoing has been served on the Defendant via the Court's CM/ECF System.

*s/ Rebecca Hutto*

Case 1:24-cv-00310-CEA-CHS     Document 8     Filed 03/24/25     Page 2 of 2     PageID #: 41